# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1077. GOODMAN et al. v. CAMDEN COUNTY, BY AND THROUGH THE CAMDEN COUNTY BOARD OF COMMISSIONERS.**

Appellants James Goodman and Paul Harris have requested permission to withdraw this appeal. Their motion to withdraw is hereby GRANTED and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  03/29/2022*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*